Michelle L. Boutin
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
Telephone: (907) 563-8844

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF THE ALASKA LABORERS-EMPLOYERS RETIREMENT FUND,<br><br>Plaintiff,<br><br>vs.<br><br>VOORHEES, INC.<br><br>Defendant. | Case No. 3:11-cv-_____ |

## APPLICATION FOR ENTRY OF JUDGMENT ON CONFESSION

COMES NOW Plaintiff, TRUSTEES OF THE ALASKA LABORERS-EMPLOYERS RETIREMENT FUND, by and through its attorneys, Jermain, Dunnagan & Owens, P.C., and requests that judgment be entered against Defendant, VOORHEES, INC., as set forth in the attached Confession of Judgment Without Action, as adjusted for amounts already paid under the relevant Settlement And Release Agreement.

This Application is supported by the attached Confession of Judgment Without Action and Affidavit in Support of Application for Entry of Judgment on Confession.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED at Anchorage, Alaska on this 29th day of July, 2011.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiff

By: _/s/Michelle L. Boutin_
Michelle L. Boutin, Esq.
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
mboutin@jdolaw.com
Alaska Bar No. 8611097

**Certificate of Service**
The undersigned hereby certifies that on the 29th day of July, 2011, a true and correct copy of the foregoing was served via US Mail, postage prepaid on the following:

Voorhees, Inc.
4601 Tolovana Dr.
Fairbanks, AK 99709

Robert P. Crowther
Law Office of Robert P. Crowther
1113 W. Fireweed Lane, Suite 200
Anchorage, AK 99503

_/s/Michelle L. Boutin_
347136/25000.601

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322