Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: 907-563-8844
Facsimile: 907-563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF the ALASKA LABORERS-EMPLOYERS RETIREMENT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>VOORHEES, INC.<br><br>Defendant. | Case No. A-08-            Civil |

## CONFESSION OF JUDGMENT WITHOUT ACTION
[Civil Rule 57]

Voorhees, Inc. ("Voorhees"), defendant herein, hereby confesses judgment in favor of plaintiff Trustees of Alaska Laborers-Employers Retirement Fund ("Retirement Fund"), and hereby authorize the entry of judgment in favor of the Retirement Fund in the following amounts:

1. For the amount of $100,952.00 for retirement fund withdrawal liability from 2003 through 2006, and interest accrued from October 1, 2007 pursuant to the terms of a Settlement Agreement executed concurrently herewith, plus

2. Additional attorney fees and costs incurred in obtaining judgment.

This Confession of Judgment is subject to the terms of a Settlement Agreement executed concurrently herewith.

Dated this 13 day of March, 2008.

Voorhees, Inc.

By: *[signature]*
Its: President

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

VERIFICATION OF CONFESSION OF JUDGMENT

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

     Larry Voorhees, upon oath, deposes and says: I am the President of Defendant Voorhees, Inc.; I know the contents of the Confession of Judgment Before Action and believe the same to be true and just, and I am executing it on behalf of Defendant Voorhees, Inc.

     Voorhees, Inc.

By: _____
    Larry Voorhees, President

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

     On this 13th day of March, 2008, before me, a Notary Public in and for the State of Alaska, personally appeared Larry Voorhees, to me known to be the President of Voorhees, Inc., an Alaska corporation, the corporation that executed the foregoing instrument, and he acknowledged said instrument to be the free and voluntary act of said corporation for the uses and purposes therein mentioned and on oath stated that he was authorized to execute said instrument on behalf of said corporation.

     IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.



_____
Notary Public for the State of Alaska
My Commission Expires: 12/05/2011

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## ASSENT TO CONFESSION OF JUDGMENT

On behalf of plaintiff Retirement Fund, _Derald Schoon_, Trustee, hereby consents to the foregoing Confession of Judgment Without Action executed by Voorhees, Inc.

Alaska Laborers-Employers Retirement Fund

By: _[signature]_
Its: _Pres (Chairman)_

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this _24th_ day of _MARCH_, 2008, personally appeared before me _DERALD SCHOON_, to me known to be the person whose name is subscribed to the within instrument, who stated that s/he is a Trustee of the Alaska Laborers-Employers Retirement Fund, and as such is authorized to sign on its behalf, and acknowledged that s/he executed the same voluntarily and of his/her own will for the uses and purposes set forth herein.

GIVEN UNDER MY HAND and official seal the day and year last above written.

_[signature]_
NOTARY PUBLIC in and for Alaska
My commission expires _9/19/08_.



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322