IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

TRUSTEES OF THE ALASKA
LABORERS-EMPLOYERS RETIREMENT
FUND,

        Plaintiff,

  vs.

VOORHEES, INC.

        Defendant.

Case No. 3:11-cv-00155-JWS

## JUDGMENT ON CONFESSION

**IT IS HEREBY ORDERED** that judgment is entered as follows:

Plaintiff, Trustees of the Alaska Laborers-Employers Retirement Fund, shall recover from and have judgment against Defendant, Voorhees, Inc., as follows:

| | | | |
|---|---|---|---|
| a. | Principal balance for retirement fund withdrawal liability from 2003 through 2006 | | $ 100,952.00 |
| b. | Prejudgment interest at 7% accrued through 7/29/11 | | $ 24,470.02 |
| c. | Less payments | | $ -51,046.00 |

| | | |
|---|---|---|
| d. | Subtotal | $  74,376.02  |
| e. | Attorney's Fees | $_____ |
| f. | Costs | $_____ |
| **g.** | **TOTAL JUDGMENT** | **$_____** |
| h. | Post-judgment interest rate | 7% |

LET EXECUTION ISSUE FORTHWITH

DATED: August 2, 2011          /s/ JOHN W. SEDWICK
                               U.S. DISTRICT COURT JUDGE